

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC**,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's June 24, 2022 Order Confirming Arbitration Award Final Judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED July 26, 2023.

Beth Watkins, Justice